UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CUENTAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VOVKULIN,<br><br>　　　　　　Defendant. | No. 2:21-cv-00252-DAD-KJN (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 8) |

　　　　Plaintiff Raul Cuentas is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 30, 2022, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute this action. (Doc. No. 22.) In particular, the service copy of the court's order dated August 5, 2022, which was mailed to plaintiff at his address of record, was returned to the court as undeliverable, "paroled." Plaintiff was therefore required by Local Rule 183 to file a notice of his change of address with the court no later than October 31, 2022. To date, plaintiff has not filed a notice of his change of address or otherwise communicate with the court. The pending findings and recommendations were served on plaintiff and contained notice

1

that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 30, 2022 (Doc. No. 22) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order;
3. Defendant's motion for an extension of time (Doc. No. 23) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 3, 2022**

_____
UNITED STATES DISTRICT JUDGE

2